UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| KISHA NICOLE WHITE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Acting Commissioner ) <br> of Social Security, ) <br> Defendant. ) | **JUDGMENT IN A CIVIL CASE** <br><br> **CASE NO. 2:16-CV-74-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 24]. Plaintiff's motion for judgment on the' pleadings [D.E. 19] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 21] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on December 22, 2017, and Copies To:**
Branch W. Vincent, III                                  (via CM/ECF electronic notification)
Gabriel R. Deadwyler                                   (via CM/ECF electronic notification)

DATE:                                                              PETER A. MOORE, JR., CLERK
December 22, 2017                                       (By) /s/ Nicole Briggeman
                                                                         Deputy Clerk