IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
Civ. No. 2:16-cv-00074-D

KISHA NICOLE WHITE,                        )
                                           )
          Plaintiff,                       )
                                           )
     v.                                    )     **STIPULATION FOR PAYMENT OF**
                                           )     **ATTORNEY FEES UNDER THE**
NANCY A. BERRYHILL,                        )     **EQUAL ACCESS TO JUSTICE ACT**
ACTING COMMISSIONER OF SOCIAL              )
SECURITY,                                  )
                                           )
          Defendant.                       )

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to

Plaintiff $4,600.00 in attorney's fees in full satisfaction of any and all claims arising under the

Equal Access to Justice Act, 28 U.S.C. § 2412. If the award to Plaintiff is not subject to the

Treasury Offset Program, payment will be made by check payable to Plaintiff's counsel, Branch

W. Vincent, III, and mailed to his office at 8 Juniper Trail, Southern Shores, North Carolina,

27949, in accordance with Plaintiff's assignment to her attorney of her right to payment of

attorney's fees under the Equal Access to Justice Act.

SO ORDERED this __1__ day of ~~January~~ February 2018,

JAMES C. DEVER III
Chief United States District Judge